IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                     4:07-CR-00129-01-BRW

TONEY WALKER

## ORDER

Pending is the Government's Motion to Dismiss (Doc. No. 38), which asks that the pending petition for revocation be dismissed. The Motion is GRANTED and the revocation hearing scheduled for December 21, 2011 is cancelled.

IT IS SO ORDERED this 15th day of December, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE