**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.** 4:07-CR-00129-01-BRW

**TONEY WALKER**

<u>ORDER</u>

A hearing was held on June 26, 2013 regarding the Prosecution's Motion to Revoke the Supervised Release of Mr. Walker (Doc. No. 43). After considering the matter, and the agreement of the parties, I gave Mr. Walker a four-month "pass" to comply with the conditions of his release. It's been four months and Mr. Walker has complied with all conditions of his release. Accordingly, the Motion to Revoke is DENIED.

The terms and conditions of Supervised Release previously ordered remain in full force and effect. Mr. Walker's term of Supervised Release, absent any further violations, will terminate August 31, 2014.

IT IS SO ORDERED this 23rd day of October, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE